FILED
JUL 2 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. Et al | |
| Plaintiffs | CASE NUMBER 1:05CV01467 |
| V. | JUDGE: Richard W. Roberts |
| SAMUEL BODMAN Secretary of Energy, United States et | DECK TYPE: Administrative Agency Review |
| | DATE STAMP: 07/26/2005 |
| Defendants | |

### CERTIFICATE UNDER LCVR 26.1

I, the undersigned, counsel of record for plaintiffs, certify that to the best of my knowledge and belief:

International Paper Company, Weyerhauser Company and MeadWestvaco Corporation are all themselves publicly owned corporations and are not the subsidiaries or affiliates of any other publicly owned corporation which has any outstanding securities in the hands of the public.

Consolidated Edison Company of New York, and Orange and Rockland Utilities are wholly owned subsidiaries of a publicly held corporation, Consolidated Edison Inc.; Pacific Gas & Electric Co, is a wholly owned subsidiary of a publicly held corporation, PG&E Corporation; San Diego Gas & Electric Company

1

is a wholly owned subsidiary of a publicly held corporation, Sempera Energy; Long Island Lighting Company is a wholly owned subsidiary of Long Island Power Authority, a corporate municipal instrumentality of the State of New York.

Orange and Rockland Utilities, San Diego Gas & Electric Company, and MeadWestvaco Corporation have no non-wholly owned subsidiaries.

Consolidated Edison Company has one non-wholly owned subsidiary, Honeoye Storage Corporation; Long Island Lighting Company has the following non-wholly owned subsidiaries, Marquez Development Corp., LILCO Energy Systems Inc., and Island Energy Services Co., Inc.; Weyerhauser Company has the following non-wholly owned subsidiaries, Mountain Tree Farm Company, North Pacific Paper Corporation, Pacific Veneer Ltd. And SCA Weyerhauser Packaging Holding Company Asia Limited; and International Paper Company has the following non wholly owned subsidiaries, Envases *Internacional S.A.,* Ilford Anitec AB, Impresora del Yacque C por A, International Paper Investment Corporation, International Paper Korea Ltd., International Paper/TOGA Brasil Ltda, IPI Corporation, Carter Holt Harvey Limited, Shanghai International Paper CNPC Ltd., and Societe Mediterranconne d'Emballages.

These representations are made in order that the judges of this court may determine the need for recusal.

Respectfully submitted,

*[signature]*

Philip P. Kalodner
208 Righters Mill Road
Gladwyne PA 19035
DC Bar 973578

Attorney for Plaintiffs

July 26, 2005