IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. et al | : |
| | : |
| Plaintiffs | : |
| | : |
| V. | : Civil Action 1:05CV01467(EGS) |
| | : |
| SAMUEL BODMAN Secretary of Energy, United States et | : |
| | : |
| Defendants | : |

---

PROPOSED SCHEDULING ORDER

Counsel for plaintiffs (referred to as "Con Ed") and the defendants (referred to as "DOE") have filed a Rule 16.3 Report, agreeing to a schedule for the filing of a Motion for Summary Judgment by CON ED, the filing of a Motion to Dismiss or in the alternative for Summary Judgment by DOE, and the briefing on such motions, and have agreed to defer initial disclosures required by Rule 26 (a) (1) and any discovery, and to defer the filing and briefing of a motion for class certification until after the Court's decision on the DOE's Motion to Dismiss or in the alternative for Summary Judgment and CON ED's Motion for Summary Judgment. The Court has decided to adopt the proposals of the parties as to such matters,

1

IT IS HEREBY ORDERED:

1. The following schedule is adopted for briefing on DOE's Motion to Dismiss or in the alternative for Summary Judgment and CON ED's Motion for Summary Judgment:

| | |
|---|---|
| DOE's Filing of Administrative Record | November 10, 2005 |
| CON ED's Motion for Summary Judgment and Brief in Support | December 12, 2005 |
| DOE's Motion to Dismiss or in the Alternative for Summary Judgment and Brief in Support Thereof and In Opposition to CON ED's Motion for Summary Judgment | January 27, 2006 |
| CON ED 's Brief in Opposition to DOE's Motion to Dismiss or in the Alternative For Summary Judgment and Reply to DOE's Opposition to CON ED's Motion for Summery Judgment | February 27, 2005 |
| DOE's Brief In Reply to CON ED's Opposition to DOE's Motion to Dismiss or in the alternative for Summary Judgment | March 27, 2005 |

2. Both the initial disclosures required by Rule 16 (a) (1) and discovery shall be deferred until decision on the DOE Motion to Dismiss or for Summary Judgment and the CON ED Motion for Summary Judgment.

3. With regard to the assertion in the Complaint of the right of plaintiffs to certification as representatives of the class there identified, the filing of the Motion for Class

Certification, and response thereto shall be deferred until after the disposition of the DOE Motion to Dismiss or for Summary Judgment and the CON ED Motion for Summary Judgment.

    4. Oral argument on the DOE Motion to Dismiss or for Summary Judgment and the CON ED Motion for Summary Judgment will be scheduled upon the completion of briefing on such motions.

                                        _____

                                        EMMET G. SULLIVAN

                                        U.S. DISTRICT JUDGE