IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. et al | : |
| | : |
| | : |
| | : |
| Plaintiffs | : |
| | : |
| V. | :Civil Action 1:05CV01467(EGS) |
| | : |
| SAMUEL BODMAN Secretary of Energy, United States et | : |
| | : |
| | : |
| Defendants | : |

UNOPPOSED MOTION TO CONTINUE
INITIAL SCHEDULING CONFERENCE

Consolidated Edison Company et al, the plaintiffs herein ("Con Ed") respectfully move this Court to continue the Initial Scheduling Conference currently scheduled for December 1, 2005, either accepting in lieu thereof the Proposed Scheduling Order submitted by Con Ed and the federal defendants ("DOE"), or in the alternative to reschedule the Initial Scheduling Conference on any day during the following week, i.e. December 5 through 9.

Counsel for Con Ed has discussed the matter with Thomas H. Kemp Esq., counsel for DOE, who has advised that he has no objection to the motion.

In support of the Motion to Continue, Con Ed avers as

follows:

1. The plaintiffs and defendants by their counsel have agreed to a schedule for the disposition of this matter, and have submitted such schedule to the Court in the form of a Proposed Order together with a Report of their meeting pursuant to Local Rule 16.3.

2. In view of such agreement on a schedule, it is the view of both plaintiffs and defendants that an Initial Scheduling Conference is not necessary if the Court is satisfied with the schedule submitted by the parties.

3. In the alternative, should the Court determine that an Initial Scheduling Conference is necessary, because counsel for Con Ed has committed to travel plans which would be inconsistent with the scheduled date of December 1, 2005, it is respectfully requested that the Conference be rescheduled for the following week, December 5 through 9. Counsel for DOE has been consulted as to such dates and is available.

Respectfully submitted,

_____

Philip P. Kalodner
208 Righters Mill Road
Gladwyne PA 19035
DC Bar 973578

October 24, 2005          Attorney for Plaintiffs

2