IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. et al | : |
| | : |
| | : |
| | : |
| Plaintiffs | : |
| | : |
| V. | :Civil Action 1:05CV01467(EGS) |
| | : |
| SAMUEL BODMAN Secretary of Energy, United States et | : |
| | : |
| | : |
| Defendants | : |

---

PROPOSED ORDER RE INITIAL SCHEDULING CONFERENCE

Counsel for plaintiffs (referred to as "Con Ed") has moved to continue the Initial Scheduling Conference in this matter and for the Court to issue the Proposed Scheduling Order submitted by agreement of the parties.

Upon consideration of such motion and the lack of opposition thereto by defendants, the Court has determined to grant the relief requested.

Accordingly, it is ORDERED that the Initial Scheduling Conference shall be continued indefinitely, and in lieu thereof, the Court shall enter the Proposed Scheduling Order as submitted by the parties.

_____

EMMET G. SULLIVAN

U.S. DISTRICT JUDGE