# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Consolidated Edison Company of New York, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Samuel Bodman, Secretary of Energy, *et al.*, <br><br> Defendants. | Civil Action No. 1:05CV01467-RWR |

## FEDERAL DEFENDANTS' NOTICE OF FILING CERTIFIED ADMINISTRATIVE RECORD

Pursuant to the Court's scheduling order in this matter notice is hereby given of Defendants' filing of the 715 page, two volume, Certified Administrative Record of the agency proceedings in a refund application by Lubrizol Corporation before the Department of Energy's Office of Hearings and Appeals in cases numbered RF272-20947; RD272-.20947; and RC272-00438.

Respectfully submitted,

THOMAS H. KEMP
STEPHEN C. SKUBEL
U.S. Department of Energy
Office of the General Counsel
Rm. 6H-045 (GC-32)
1000 Independence Ave., S.W.
Washington, D.C. 20585
Telephone: (202) 586-8700

Date: November 14, 2005