IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

CONSOLIDATED EDISON COMPANY OF
NEW YORK, INC. Et al

    Plaintiffs

       V.                            CIVIL ACTION
                                            NO. 1:05CV01467(EGS)

SAMUEL BODMAN
Secretary of Energy, United States
et

    Defendants


## PROPOSED ORDER GRANTING
## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs have moved for summary judgment. Upon consideration of that Motion and the response of defendants thereto, the Court has determined to grant the plaintiffs' motion.

Accordingly, it is hereby ORDERED:

(i) the award by the Office of Hearings and Appeals of the Department of Energy ("OHA") and "DOE") to the Lubrizol Corporation by Decision issued August 12, 2004 as affirmed by Supplemental Order issued June 27, 2005 is hereby reversed and vacated to the extent to which it awarded crude oil refunds on the basis of the purchase of 335,623,021 gallons of "various base oils."

(ii) the matter is remanded to OHA for reduction of the award to Lubrizol Corporation from $557,736 to $20,738.

_____

EMMET G. SULLIVAN

U.S. DISTRICT JUDGE