# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Consolidated Edison Company of** )<br>**New York, Inc.,** *et al.,* )<br>                                                    )<br>            **Plaintiffs,**           )<br>      v.                                       )    Civil Action No. 1:05CV01467-RWR<br>                                                    )<br>                                                    )<br>**Samuel Bodman, Secretary of Energy,** *et al.,*  )<br>                                                    )<br>            **Defendants.**         ) | |

## FEDERAL DEFENDANTS' MOTION TO DISMISS OR
## IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

Defendants hereby move pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the complaint in this action for failure to set forth a claim upon which relief may be granted or, in the alternative pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, for summary judgment. Defendants' motion is based on the arguments and citations to authority set forth in their accompanying memorandum in support of this motion.

Respectfully submitted,

_____
THOMAS H. KEMP
STEPHEN C. SKUBEL
U.S. Department of Energy
Office of the General Counsel
Rm. 6H-045 (GC-32)
1000 Independence Ave., S.W.
Washington, D.C. 20585
Telephone: 202/586-5550