# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Consolidated Edison Company of New York, Inc.,** *et al.,* | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) Civil Action No. 1:05CV01467-RWR ) ) |
| **Spencer Abraham, Secretary of Energy,** *et al.* | ) ) ) |
| **Defendants.** | ) |

## ORDER

Upon consideration of the motion of defendants for dismissal of the complaint or, in the alternative, for summary judgment, the memorandum of points and authorities in support thereof, and plaintiffs' opposition thereto, the Court having determined that plaintiffs' complaint fails to state a cause of action and that defendants are entitled to judgment as a matter of law, it is hereby

ORDERED that defendants' motion to dismiss is granted and plaintiffs' complaint is dismissed with prejudice.

DATE:_____, 2005.

_____
United States District Judge