UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Consolidated Edison Company of New York, Inc.** *et al.*, | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) ) Civil Action No. 1:05CV01467-RWR ) |
| **Spencer Abraham, Secretary of Energy,** *et al.* | ) ) ) |
| **Defendants.** | ) |

**FEDERAL DEFENDANTS' STATEMENT OF MATERIAL FACTS
IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendants submit the following facts as those material to their accompanying motion for summary judgment and memorandum of points and authorities in support thereof. No genuine issue remains in dispute with respect to these facts. These facts are supported by the certified agency record submitted in this matter.

1. Lubrizol Corporation ("Lubrizol") applied for a refund in the crude oil special refund proceeding administered by the Office of Hearings and Appeals (OHA) of the Department of Energy (DOE) under the existing standards and was granted an award on August 12, 2004. In that decision, Lubrizol's application was largely granted. Administrative Record (AR-) at 227-229.

2. On October 12, 2004, Plaintiffs filed a complaint (D. D.C, Dkt. # 04-1732) challenging the OHA award to Lubrizol. (AR-241) This matter, on the parties' motion was remanded for further consideration by OHA.

3. Plaintiffs fully participated in this further proceeding (AR-278-286; 494-521; and 660-679).

4. On June 27 2005 OHA issued a supplemental order affirming its initial October 12, 2004 decision. (AR-707)

5. In the supplemental order the OHA found that the claimed volume of 348,585,189 gallons was valid and that Lubrizol was entitled to an award of $557,736. (AR-713).

6. In that decision the OHA determined that the source oils used to manufacture its products were from domestic sources. (AR-709-710).

7. In that decision the OHA determined that Lubrizol was an end user of these oils since it processed them into products which it then sold. (AR-710-712).

8. In that decision the OHA determined that plaintiffs' assertion of possible double counting is too speculative and in any event would not result in significant "double counting." (AR-712).

Respectfully submitted,

_____

THOMAS H. KEMP
STEPHEN C. SKUBEL
U.S. Department of Energy
Office of the General Counsel
Rm. 6H-045 (GC-32)
1000 Independence Ave., S.W.
Washington, D.C. 20585
Telephone: 202/586-5550