**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
                                    )
CONSOLIDATED EDISON COMPANY         )
OF NEW YORK, INC., et al.,          )
                                    )
            Plaintiffs,             )
                                    ) Civil Action No. 05-1467 (EGS)
            v.                      )
                                    )
SAMUEL BODMAN, Secretary            )
      of Energy, et al.,            )
                                    )
            Defendants.             )
                                    )
```

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is by the Court hereby

**ORDERED** that plaintiffs' motion for summary judgment is **DENIED;** and it is

**FURTHER ORDERED** that defendants' motion for summary judgment is **GRANTED;** and it is

**FURTHER ORDERED** that plaintiffs' claims are **DISMISSED WITH PREJUDICE;** and it is

**FURTHER ORDERED** that the Clerk shall enter final judgment in favor of defendants and against plaintiffs. This is a final appealable order. *See* Fed. R. App. P. 4(a).


**SO ORDERED.**

```
Signed by:      EMMET G. SULLIVAN
                UNITED STATES DISTRICT JUDGE
                February 1, 2007
```