UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONSOLIDATED EDISON COMPANY
OF NEW YORK, INC., et al
    Plaintiff,

v().                                                Civil Action No. 05-1467

SAMUEL BODMAN, Secretary
of Energy, et al
    Defendant

## JUDGMENT
## FOR DEFENDANT

This Cause having been considered by the Court on cross motions for summary judgment, before the Honorable Emmet G. Sullivan, Judge presiding, and the issues having been duly briefed by all parties and the court having rendered its decision granting defendant's motion; now therefore, pursuant to the decision of the Court,

IT IS ORDERED, ADJUDGED AND DECREED that final judgment is entered in favor of defendants and against plaintiffs.

                                      NANCY MAYER-WHITTINGTON, Clerk

Dated: February 1, 2006                                  By: _____
                                                                     Carol Votteler, Deputy Clerk