IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONSOLIDATED EDISON CO. OF
NEW YORK, INC., et al

    Plaintiff

        v.   :   Civil Action No 05-1467 (EGS)

SAMUEL BODMAN,
Secretary of Energy et al

    Defendants

## NOTICE OF APPEAL

Notice is hereby given that Consolidated Edison Co. of New York, Inc., Long Island Lighting Co., Orange and Rockland Utilities Inc., Pacific Gas & Electric Company, San Diego Gas & Electric Company, International Paper Company, Weyerhauser Company and MeadWestvaco Corporation hereby appeal to the United States Court of Appeals for the Federal Circuit from a Memorandum Opinion and Order entered February 1, 2007 granting defendants' motion for summary judgment, denying plaintiffs' motion for summary judgment and dismissing Plaintiffs' complaint, such Order constituting a final order disposing of all of plaintiffs' claims.

Respectfully submitted,

_____
Philip P. Kalodner
208 Righters Mill Road
Gladwyne, PA 19035
(610) 649-8749
DC Bar 973578
ATTORNEY FOR APPELLANTS

March 29, 2007

RECEIVED
MAR 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT