# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2007-1284

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,
LONG ISLAND LIGHTING COMPANY, ORANGE AND ROCKLAND UTILITIES INC.,
SAN DIEGO GAS & ELECTRIC COMPANY, PACIFIC GAS & ELECTRIC COMPANY,
INTERNATIONAL PAPER COMPANY, WEYERHAUSER COMPANY,
and MEADWESTVACO CORPORATION,

                                                      Plaintiffs-Appellants,

v.

Samuel W. Bodman, SECRETARY OF ENERGY and
George B. Breznay, DIRECTOR, OFFICE OF HEARINGS AND APPEALS,

                                                      Defendants-Appellees.

# O R D E R

NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT,



Jan Horbaly
Clerk

10/03/07

cc:  Clerk's Office, DCT
     Philip P. Kalodner
     Stephen Skubel

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT - 3 2007

JAN HORBALY
CLERK

**ISSUED AS A MANDATE:** 10/03/07

CONSOLIDATED EDISON V ENERGY, 2007-1284
DCT - 05-CV-1467 EGS

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: _____ Date: 10/03/07